USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/15

Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOSE DE LA ROSA,

                                               Plaintiff,

**STIPULATION AND
ORDER OF DISMISSAL**

14 Civ. 5834 (WHP)

                -against-

THE CITY OF NEW YORK and POLICE
OFFICER JAMES SEPULVEDA, POLICE
OFFICER JOSE LABRADA, and
POLICE OFFICERS JOHN DOES,
Individually and in their Official Capacities,

                                               Defendant.
------------------------------------------------------------------- x

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Jan. 9, 2015

FISHER, BYRIALSEN & KREIZER PLLC  
*Attorneys for Plaintiff*  
291 Broadway, Suite 709  
New York, New York 10007

By: _____  
Alissa Boshnack  
*Attorney for Plaintiff*

ZACHARY W. CARTER  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendants City of New York,*  
  *Jose Labrada and James Sepulveda*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____  
Aimee Lulich  
*Assistant Corporation Counsel*

SO ORDERED:

_____ 1/20/15  
HON. WILLIAM H PAULEY  
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015